UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x

UNITED STATES OF AMERICA,

   -v-

                                   16 Cr.405-09 (LAK)

                                   Before: Judge Kaplan

Sung Soon Kim,
                    Defendant.

------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

       The deputy clerk's minutes of the December 30, 2016 hearing held before the Hon. Barbara C. Moses are unsealed and shall be placed on the public docket.

       SO ORDERED.

Dated: October 7, 2020

                                                       Lewis A. Kaplan
                                             United States District Judge