UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :     ~~SEALED~~ ORDER
            - v. -                  :
                                    :     16 Cr. 405 (LAK)
SUNG SOON KIM,                      :
                                    :
        a/k/a "Ying Ai Li,"         :
                                    :
                    Defendant.      :
------------------------------------X

WHEREAS, with the consent of defendant Sung Soon Kim, a/k/a "Ying Ai Li," the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 30, 2016;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted nunc pro tunc.

SO ORDERED.

Dated:   New York, New York
         ~~January ___, 2017~~
         Oct. 2, 2020

                                              /s/ Lewis A. Kaplan
                                    _____
                                    HONORABLE LEWIS A. KAPLAN
                                    United States District Judge
                                    Southern District of New York